ROBERT P. HENK    (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
735 Sunrise Avenue, Suite 160
Roseville, CA 95661
Telephone:   (916) 787-4544
Fax:              (916) 787-4530

Attorneys for Plaintiff
**JOHN IRISH**

DAVID S. WOMACK  (SBN 203984)
**OFFICE OF THE SACRAMENTO CITY ATTORNEY**
Mailing: P.O. Box 1948, Sacramento, CA 95812
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Sacramento, CA  95814
Telephone: (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for Defendant
**CITY OF SACRAMENTO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN IRISH** | **CASE NUMBER: 2:04-CV-01813-FCD-PAN** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL** |
| **CITY OF SACRAMENTO** | |
| Defendants. | |

    The parties, by and through their undersigned attorneys of record, hereby agree to continue the trial in the above-captioned matter currently set for August 19, 2008 for good cause.

    1.    Plaintiff, JOHN IRISH, is represented by two attorneys, Robert P. Henk and Sheri L. Leonard of the law firm of HENK LEONARD.  No other attorneys are employed at Plaintiff's

counsel's firm.  Throughout this matter, Robert Henk and Sheri L. Leonard have been designated as trial counsel, and have been preparing to go to trial on this matter.

2. Trial in this matter is was set for a trial for February 26, 2008, but continued by the Court and the parties agreed that trial be rescheduled to commence on August 19, 2008.

3. Unfortunately, at the time the trial was reset, Mr. Henk was unaware that his family from New Jersey was planning a vacation to travel to California during the week of August 25, 2008.

4. Mr. Henk's family has already made travel plans, including purchasing non refundable airfare tickets and getting approval for time off from work.

4. The parties anticipate the trial in the matter will last approximately 10 days, and since trial is currently scheduled to commence on August 19, 2008, Mr. Henk's family would be in town to visit him during the time trial would be in progress.

5. Plaintiff contacted Defendant with alternative trial dates given by the Court, and Defendant was agreeable to resetting the trial to September 30, 2008.

6. Plaintiff has not made a prior request to move a trial date in this matter.

6. Based on the above, the Parties hereby stipulate to the Trial being continued from August 19, 2008 to September 30, 2008 at 9:00 a.m.

DATED: March 24, 2008        **HENK LEONARD**
                              **A Professional Law Corporation**

                              /s/SHERI L. LEONARD _____
                              **ROBERT P. HENK**
                              **SHERI L. LEONARD**
                              Attorneys for Plaintiff,
                              **JOHN IRISH**

DATED: March 24, 2008        **OFFICE OF THE SACRAMENTO CITY ATTORNEY**

                              /s/DAVID S. WOMACK (as auth. on 3/24/2008)
                              **DAVID S. WOMACK**
                              Attorneys for Defendant,
                              **CITY OF SACRAMENTO**

Stipulation and Order for Continuance of Trial

1 **IT IS SO ORDERED.**

2 Dated: March 25, 2008

_____

**JUDGE OF UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

9 / / /

10 / / /

11 / / /

Stipulation and Order for Continuance of Trial

3