UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN IRISH,

        Plaintiff,

   v.

CITY OF SACRAMENTO,

        Defendant.

NO. CIV. S-04-1813 FCD EFB

ADDENDUM TO PRETRIAL CONFERENCE ORDER

----oo0oo----

    The court issues this Addendum to the Pretrial Conference Order, filed July 16, 2007, in order to set forth additional disputed facts pertaining to plaintiff John Irish's ("plaintiff") claims for relief.  Therefore, Section "IV. DISPUTED FACTS" of the Order is modified to include the following:

    k)    Whether plaintiff advocated against racial discrimination within the City of Sacramento's Solid Waste Division.

    l)    Whether plaintiff was disciplined and/or terminated in retaliation for engaging in advocacy about racially

|   |   |   |
|---|---|---|
| 1 |    | discriminatory practices by defendant within the Solid |
| 2 |    | Waste Division. |
| 3 | m) | Whether defendant's 20 day suspension of plaintiff in |
| 4 |    | November 2002 was done in retaliation for plaintiff's |
| 5 |    | filing a PERB complaint, alleging racially |
| 6 |    | discriminatory practices by defendant within the Solid |
| 7 |    | Waste Division. |
| 8 | n) | Whether defendant's "Cease and Desist" order to |
| 9 |    | plaintiff in January 2003 was issued in retaliation for |
| 10 |   | plaintiff's filing a PERB complaint, alleging racially |
| 11 |   | discriminatory practices by defendant within the Solid |
| 12 |   | Waste Division. |
| 13 | o) | Whether plaintiff suffered any economic damages as a |
| 14 |   | result of defendant's alleged unlawful retaliation. |
| 15 | p) | Whether plaintiff suffered any non-economic damages as |
| 16 |   | a result of defendant's alleged unlawful retaliation. |
| 17 | q) | Whether defendant's retaliatory conduct was outrageous. |
| 18 | r) | Whether defendant acted with reckless disregard of the |
| 19 |   | probability of causing plaintiff emotional distress. |
| 20 | s) | Whether plaintiff suffered extreme emotional distress |
| 21 |   | as a result of defendant's alleged unlawful |
| 22 |   | retaliation. |
| 23 | t) | Whether plaintiff suffered any personal injuries as a |
| 24 |   | result of defendant's intentional infliction of |
| 25 |   | emotional |

distress on plaintiff.

IT IS SO ORDERED.

DATED: September 26, 2006

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE